EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 11 2002

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00307 DAE |
| Plaintiff, ) | INDICTMENT |
| ) | [21 U.S.C. 841(a)(1)] |
| VS. ) | |
| LENORA JEAN AITCHISON, ) | |
| Defendant. ) | |

## INDICTMENT

Count 1:

The Grand Jury charges that:

On or about June 27, 2002 in the District of Hawaii, defendant Lenora Jean Aitchison knowingly and intentionally manufactured marijuana, to wit: the cultivation and harvesting of one-hundred (100) or more marijuana plants, a Schedule I controlled substance,

In violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(B).

Count 2:

The Grand Jury further charges that:

On or about June 27, 2002 in the District of Hawaii, defendant Lenora Jean Aitchison knowingly and intentionally possessed marijuana with intent to distribute, to wit: one-hundred (100) or more marijuana plants, a Schedule I controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: Honolulu, Hawaii, July 11, 2002.

A TRUE BILL.

_____
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Aitchison, USDC-Hawaii, Indictment.