# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/10/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00307DAE |
| CASE NAME: | USA v. Lenora Jean Aitchison |
| ATTYS FOR PLA: | Michael Kawahara |
| ATTYS FOR DEFT: | Jack Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/10/2006 | TIME: | 9:10 - 11:50 |

COURT ACTION: EP: Defendant's Motion to Suppress All Evidence Seized, All Statements of Defendant, and for Evidentiary Hearing - deft present on bail.

CST: Lt. Marshall Kanehailua, Sgt. Robert Hatton, Officer Robert Hiranaka, Lenora Jean Aitchison.

Exhibits admitted: A, A1, B, C, D (all photos), E (Kanehailua's 6-27-02 report), 1 & 2 (Search Warrant and Affidavit attached to government's opposition memorandum), 4 (Counter-Cannabis Field Operation CCFO), and 5 (government's videotape, returned to Kawahara).

Motion taken under advisement. ✓

Submitted by Richlyn Young, Courtroom Manager