

CR 02-307 DAE