Counter-Cannabis Field Operation
CCFO No. 2002-22

June 27, 2002 (Thursday)

| CHOPPER 1 | : | Volcano Helicopter | | CHOPPER 2 | : | Tropical Helicopter | |
|---|---|---|---|---|---|---|---|
| Pilot | : | Dave Okita | | Pilot | : | Cal Dorn | |
| Fueler | : | Larry Toledo | | Fueler | : | Buster Kaahiwi | |
| Spotter | : | Off. Robert Hironaka | (F-3) | Spotter | : | Off. Paul Fukuda | (F-3) |

| TEAM 1 | (F-3) Walkie # | | TEAM 2 | (F-3) Walkie # | |
|---|---|---|---|---|---|
| 1. Det. Marshall Kanehailua | | | 1. Off. Martin Ellazar – OT | (TEU) | |
| 2. Off. Robert Hatton – OT | (TEU) | | 2. John Holley | (DLNR) | |
| 3. Off. Greg Alejo | (MPD) | | 3. Off. Wade Maeda | (MPD) | |
| 4. | | | 4. | | |
| 5. | | | 5. | | |
| 6. | | | 6. | | |

| CHOPPER 3 | : | DEA | | CHOPPER 4 | : | RAID | |
|---|---|---|---|---|---|---|---|
| Pilot | : | Mark Bush | | Pilot | : | Victor Chun | |
| Fueler | : | Steve Smith | | Fueler | : | Tony Duran | |
| Spotter | : | Det. Andrew Burian | (F-3) | Spotter | : | Off. Daryl Fernandez | (F-3) |

| TEAM 3 | (F-3) Walkie # | TEAM 4 | (F-3) Walkie # |
|---|---|---|---|
| 1. | | 1. | |
| 2. | | 2. | |
| 3. | | 3. | |
| 4. | | 4. | |
| 5. | | 5. | |
| 6. | | 6. | |

| UTILITY | (F-3) | COMMAND POST | (F-3) |
|---|---|---|---|
| 1. Sp. Ha Chi | | 1. Lt. Henry Tavares | |
| 2. | | 2. P/R Ilyn Ferreira | |
| | | 3. | |
| | | 4. | |

MANPOWER

| HPD Field | : | 10 | Off. Mark Arnold – OT (SH) |
| CP | : | 2 | No show |
| DLNR | : | 1 | |
| HVNP | : | 2 | |
| DEA | : | 2 | |
| HANG | : | 4 | |
| Chopper | : | | |
| Total | : | 21 | |

Affordable Catering – Roxanne 935-5611
22 lunches at $7.00
Pick up at 1000 hours

EXHIBIT  4
Page 1 of 2 Pages

## MARIJUANA PLANT COUNT

Date/Time: 06-27-02/1630 hours
CCFO No.: 2002-22
Complainant: Off. Robert Hironaka

| Report No. | District | Plant Count | Height From | Height To | Location Recovered | Plots |
|---|---|---|---|---|---|---|
| H-12348 | PN | 722 seedlings | | 6 feet | Hawaiian Acres | 26 |
| | | 412 seedlings | | 6 feet | Fern Forest | 22 |
| | | 503 seedlings | | 6 feet | Eden Roc | 41 |
| | | 1,811 seedlings | | 7 feet | Glenwood | 36 |
| Totals | | 3,448 | | | | 125 |

EXHIBIT 4
Page 2 of 2 Pages