ORIGINAL

JACK SCHWEIGERT, ESQ.
550 Halekauwila, Room 309
Honolulu, HI 96813
Phone: 533-7491

Attorney for Defendant Lenora Jean Aitchison

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 8 2006

at 5 o'clock and 30 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LENORA JEAN AITCHISON,<br><br>Defendant. | CR. NO. 02-0307 DAE<br><br>DEFENDANT'S MOTION TO RECONSIDER ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS ALL EVIDENCE SEIZED, ALL STATEMENTS OF DEFENDANT, AND FOR EVIDENTIARY HEARING; MEMORANDUM OF LAW DECLARATION OF JACK SCHWEIGERT, ESQ.; EXHIBITS 1-9; CERTIFICATE OF SERVICE<br><br>TRIAL WEEK: July 18, 2006<br><br>NON-HEARING MOTION |

NOTICE OF MOTION

TO:   Michael K. Kawahara, Esq.
      Assistant U.S. Attorney
      300 Ala Moana Blvd., Room 6100
      Honolulu, HI 96813
           Attorney for U.S.A.

NOTICE IS HEREBY GIVEN pursuant to LR7.4 that Plaintiff has eleven (11) days after service of this motion to file any opposition to this non-hearing motion. Should Plaintiff not oppose this motion, it shall file a statement of no opposition or no position within the time provided.

DATED: Honolulu, Hawaii; May 8, 2005.

                                                                                 Jack Schweigert, Esq.
                                                                                 Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-0307 DAE |
| | ) |
| Plaintiff, | ) DEFENDANT'S MOTION TO |
| | ) RECONSIDER ORDER DENYING |
| vs. | ) DEFENDANT'S MOTION TO |
| | ) SUPPRESS ALL EVIDENCE SEIZED, |
| LENORA JEAN AITCHISON, | ) ALL STATEMENTS OF DEFENDANT, |
| | ) AND FOR EVIDENTIARY HEARING |
| Defendant. | ) |

### DEFENDANT'S MOTION TO RECONSIDER ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS ALL EVIDENCE SEIZED, ALL STATEMENTS OF DEFENDANT AND FOR EVIDENTIARY HEARING

COMES NOW Defendant Leona Jean Aitchison (hereinafter "Ms.Aitchison"), by and through counsel, and moves this Honorable Court to reconsider its Order Denying Defendant's Motion to Suppress All Evidence Seized, All Statements of Defendant, and for Evidentiary Hearing issued April 24, 2006.

This motion is made in accordance with CrimLR12.3, LR7.2(e) & LR 60.1. This motion is supported by the 4th, 5th & 14th Amendments to the U.S. Constitution, Articles I §§ 5, 6 & 7 of the Hawaii Constitution, the attached Memorandum of Law and the record and file.

DATED: Honolulu, Hawaii; May 8, 2005.

JACK SCHWEIGERT, ESQ.
Attorney for Defendant