IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-0307 DAE |
| Plaintiff, | ) |
| vs. | ) |
| LENORA JEAN AITCHISON, | ) DECLARATION OF<br>) JACK SCHWEIGERT, ESQ. |
| Defendant. | ) |

## DECLARATION OF JACK SCHWEIGERT, ESQ.

I, Jack Schweigert, Esq., declare as follows:

1. I am attorney for Defendant Aitchison in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of Order Denying Defendant's Motion to Suppress All Evidence Seized, All Statements of Defendant, and for Evidentiary Hearing.

3. Attached hereto as Exhibit 2 is a true and correct copy of the No Trespassing sign posted on the cement pillar at Defendant's driveway entrance to her Kapua Farm Lot property. I have personal knowledge of this sign because I have been to the property and seen it just as it appears in Exhibit 2.

4. Attached hereto as Exhibit 3 is a true and correct copy of the No Trespassing signed attached to a tree on the right hand side of Defendant's driveway at her Kapua Farm Lot property which can be seen from the front entr;y. Because of the difficulty in seeing the sign, I have circled it. I have personal knowledge of this sign because I have been to the property and seen it.

5. Attached hereto as Exhibit 4 is a true and correct copy of <u>U.S. v. Martinez,</u> which appears at 2006 Westlaw 1080252.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Robert Patten I received by fax transmittal on May 8, 2006.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of Roberta Patten I received by fax transmittal on May 8, 2006.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Jannette Gouker I received by fax transmittal on May 8, 2006.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of George Edward Walls I received by fax transmittal on May 8, 2006.

10. Attached hereto as Exhibit 9 is a true and correct copy of a certified copy of the Search Warrant that issued in this case that reflects it was filed in the District Court of the Third Circuit on June 27, 2002 at 1:26 p.m., not 1:15 p.m.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in Honolulu, Hawaii this 8th day of May, 2006.

_____
Declarant