IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-0307 DAE |
| ) | |
| Plaintiff, ) | DECLARATION OF |
| ) | ROBERTA PATTEN |
| vs. ) | |
| ) | |
| LENORA JEAN AITCHISON, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF ROBERTA PATTEN

I, Roberta Patten, declare as follows:

1. I am the wife of Robert Patten.

2. I have been asked by Lori Aithison whether I can recall seeing No Trespassing signs on her property prior to June 22, 2002.

3. I do remember seeing No Trespassing signs along the roadway fronting Lori's property, attached to a cement pillar that anchors a chain that crosses her driveway, and also attached to a tree on the right side of the driveway as one goes down the driveway.

4. Both the sign attached to the cement pillar and the sign attached to the tree were in the same position as they appear in Exhibits 2 and 3 but for the tilt of the sign on the concrete pillar.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in Hilo, Hawaii this ___ day of May, 2006

*Roberta Patten*
Declarant

# EXHIBIT 6