IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-0307 DAE |
| | ) |
| Plaintiff, | ) DECLARATION OF |
| vs. | ) JANNETTE GOUKER |
| | ) |
| LENORA JEAN AITCHISON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF JANNETTE GOUKER

I, Jannette Gouker, declare as follows:

1. I am a good friend of Lori Aitchison and because of that relationship I went to her Kopua Farm Lot farm lot twice while she was building her home.

2. I have been asked by Lori whether I can recall seeing No Trespassing signs on her property.

4. I remember in April 2001 seeing No Trespassing signs along the roadway fronting Lori's property, attached to a cement pillar that anchors a chain that crosses her driveway, and also attached to a tree on the right side as one enters the driveway.

5. Both the sign attached to the cement pillar and the sign attached to the tree were in the same position as they appear in Exhibits 2 and 3 but for the tilt of the sign on the pillar.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in Hilo, Hawaii this 8 day of May, 2006

Declarant

# EXHIBIT 7