05/18/2005 23:13  8089643511  THE ALTERNATE SOURCE  PAGE 01/01
03/08/2006 08:22  808-533-7490  JACK SCHWEIGERT  PAGE 02

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-0307 DAE |
| Plaintiff, | ) DECLARATION OF ) GEORGE EDWARD WALLS |
| vs. | ) |
| LENORA JEAN AITCHISON, | ) |
| Defendant. | ) |

### DECLARATION GEORGE EDWARD WALLS

I, George Edward Walls, declare as follows:

1. I install alternative solar power systems which provides electricity from the sun.

2. In that capacity I installed such a system on Lori Aitchison's house in the Kopua Farm Lot subdivision on July 23, 2001.

3. When I came to the property on July 23, 2001 I saw 3 No Trespassing signs on the front roadway to the property as I drove up to the front gate. I also saw a No Trespassing sign on the concrete pillar at the entryway and I also saw another No Trespassing sign as I drove down the driveway attached to a tree on the right hand side.

4. The number of signs posted as I came in were intimidating.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in Hilo, Hawaii this 8th day of May, 2006

*(signed) George Edward Walls*
Declarant

# EXHIBIT 8