FILED

COPY

2002 JUN 27 PM 1:26

DISTRICT COURT OF
3RD CIRCUIT
CLERK

Search Warrant No. 2002-086 94-72

COUNTY AND STATE OF HAWAII

SEARCH WARRANT

To the Chief of Police of the County of Hawaii, his Deputy, or any Police Officer in the County of Hawaii, State of Hawaii, or any Police Officer in the State of Hawaii authorized by law to execute this warrant at the place designated hereinafter.

Affidavit(s) having been made before me that the property described herein may be found at the locations set forth herein and that it falls within the grounds specified by said affidavit(s).

And as I am satisfied that there is probable cause to believe that the property described herein is being concealed on the premises or person described below and that the foregoing grounds for application for issuance of the search warrant exist.

YOU ARE COMMANDED forthwith to SEARCH:

1. Property located in the Kopua Farm Lots, County and State of Hawaii, a single-story wooden framed residence with post and pier construction, with the exterior being an unpainted wood color finish with a light colored roof, more particularly located by traveling in the southerly direction on Highway 11 towards the Volcano area and executing a left turn onto South Kopua Road, traveling approximately 1 mile, at which time the roadway will make a sharp right turn, and in that area there is a plant nursery formerly known as the Hawaiian Heart Nursery, at this point the roadway is referred to as Kahiopele Street (no street sign posted), continuing on this road and executing a left turn onto the first unnamed red cinder road at the Kopua Farm Lots, continuing on this red cinder roadway for approximately 1.6 miles until arriving at a side road and executing a left turn onto an unnamed red cinder road and traveling approximately .2 mile, thereafter executing a left turn into the driveway of this residence, which is the first driveway on the left, owned by unknown person(s), and occupied by LENORA AITCHISON and other unknown person(s), including all rooms, attics, basements and other parts therein, the surrounding grounds and any garages, storage rooms and outbuildings of any kind located thereon, and any vehicles parked thereon;

I hereby certify that this is a full, true and correct copy of the original on file in this office.

Clerk, District Court of the Third Circuit, State of Hawaii

EXHIBIT 9

for the following property:

1. Marijuana in its various forms as defined in the Hawaii Revised Statutes, Section 712-1240;

2. Marijuana paraphernalia as defined in the Hawaii Revised Statutes, Section 329-1, which is described in Exhibit A attached hereto;

3. Articles of personal property, such as cancelled utility company receipts, cancelled rent receipts and cancelled mail envelopes, tending to establish identification of person(s) in control of premises, storage areas or containers where marijuana, photographs and records of the cultivation, distribution and/or sale of marijuana is found;

4. Any photographs, records, ledgers, and other documents relating to transactions, which indicates names, amounts and dates of the cultivation, distribution and/or sale of marijuana;

5. Currency which is evident of the sale and/or distribution of marijuana, including but not limited to, currency found at or near controlled substances, such as marijuana or documentation involving the cultivation and/or sale of marijuana;

6. Evidence of marijuana cultivation, such as fertilizers, planting medium, cultivation tools such as picks, shovels, knives, hoes, mechanized soil tillers, tractors, pots, plastic bags, planting trays, poison sprayers, irrigation systems, ventilation equipment or any items or kit used, intended for use, or designed for use in the planting, propagating, cultivating, growing or harvesting of marijuana plants;

7. Firearms and ammunition for said firearms;

8. Articles of personal property, such as motor vehicle registration certificate, no-fault insurance card, and cancelled mail envelopes, tending to establish the identification of person(s) in control of the vehicle;

giving to the person from whom or from whose premises the property was taken a copy of this warrant and a receipt for the property taken or shall leave the copy and receipt at the place from which the property was taken, and to seize it if found there, and prepare a written inventory of the property seized and return this warrant and inventory before me within ten days of this date, as required by law.

This warrant shall be executed at the time indicated below by an "x."

__X__ only during the period of time between 7:01 A.M. until 9:59 P.M.;

_____ at any time of day or night.

DATED:  Hilo, Hawaii, _____June 27, 2002_____.

_____
JUDGE
__✓__ District Court of the Third Circuit
_____ Circuit Court of the Third Circuit
STATE OF HAWAII

# THE JUDICIARY
## DISTRICT COURT OF THE THIRD CIRCUIT

**DIVISION**  NORTH & SOUTH HILO

### RECEIPT

Date: APRIL 5, 2006

Received from  LENORA AITCHISON

The sum of  THREE AND NO/100----------------------------------------------  dollars  ($ 3.00 )

For  COPIES, SEARCH WARRANT #2002-94         Case no. ---------

1 PAGE @ $1.00, 2 PAGES @ $.50

☐ Cash             ☐ Check#

**CLASSIFICATION OF RECEIPTS**
- ☐ Bails            ☐ Installment collections        ☐ Cash transfers
- ☐ Case deposits    ☐ Miscellaneous trust            ☐ Other

**GOVERNMENT REALIZATIONS**
- ☐ #-0755 Court costs           ☐ #0761 Miscellaneous income       ☐ #1550 Traffic waivers
- ☐ #0756 Fees for certificates  ☐ #1549 Fines                      ☐ #_____ Other

**REIMBURSEMENTS**                            **SPECIAL REVENUE OR TRUST FUND RECEIPTS**
Appropriation No. _____                     ☐ #1550 Traffic waivers
Object Code _____                           ☐ #1595 Penalty assessment for DETP
Vendor Code _____                           Appn. No. _____   Source Code _____

PAYER                                         Clerk