IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-0307 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| LENORA JEAN AITCHISON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The under-signed hereby certifies that on May 8, 2005 one copy of the attached motion was served on the below individual by United States Mail, First Class postage pre-paid addressed as follows:

Michael K. Kawahara, Esq.
Assistant U.S. Attorney
300 Ala Moana Blvd., Room 6100
Honolulu, HI 96813
    Attorney for U.S.A.

_____
Person certifying service