04/03/2006  06:21   8085369145                SCHWEIGERT                                          PAGE  01

The Law Office of
# JACK SCHWEIGERT
A Professional Law Corporation

550 Halekauwila Street, Room 309
Honolulu, Hawaii 96813
e-mail: conlawjack@cs.com

Phone: (808) 533-7491
Fax: (808) 533-7490
www.JackSchweigert.com

4/3/06

To: Mike Kawahara

From: Jack Schweigert

Re: Hutchison

Dear Mike:

As I will be in Court today on other matters, I want to inform you that "yes," I will be prepared to put on evidence at next weeks hearing with Judge Ezra. My client has already booked herself a flight. I'll call you when I return from court.

Aloha,
Jack

EXHIBIT 6
Page 1 of 1 Pages