IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-0307 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| LENORA JEAN AITCHISON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The under-signed hereby certifies that on May 23, 2006 one copy of the

attached document was served on the below individual by United States Mail, First

Class postage pre-paid addressed as follows:

    Michael K. Kawahara, Esq.
    Assistant U.S. Attorney
    300 Ala Moana Blvd., Room 6100
    Honolulu, HI  96813
    Attorney for U.S.A.

_____
Person certifying service