EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 02-0307DAE |
|---|---|---|
| | ) | AMENDED |
| Plaintiff, | ) | SPECIAL INFORMATION AS TO |
| | ) | PRIOR DRUG CONVICTION OF |
| vs. | ) | DEFENDANT PURSUANT TO TITLE |
| | ) | 21, UNITED STATES CODE, |
| LENORA JEAN AITCHISON, | ) | SECTION 851; EXHIBIT "1" |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**AMENDED SPECIAL INFORMATION AS TO**
**PRIOR DRUG CONVICTION OF DEFENDANT PURSUANT**
**TO TITLE 21, UNITED STATES CODE, SECTION 851**

TO THE HONORABLE JUDGE OF THE ABOVE-CAPTIONED COURT:

Please take notice that the United States proposes to rely on a prior conviction of defendant above-named in support of its claim that said defendant is subject to increased punishment by reason thereof pursuant to Title 21, United States Code, Sections 841(b)(1) and 851, as amended, as follows:

On or about December 31, 1974, in that case entitled <u>State of Oregon v. Lori Nail</u>, Circuit Court of the State of Oregon for Douglas County Criminal No. 74-619, defendant above-named was convicted, pursuant to her guilty plea, of Count II of the Indictment, which charged her with the crime of knowingly and unlawfully possessing a dangerous drug (hashish), said offense occurring on or about March 15, 1974, which is a felony offense under the laws of the State of Oregon.  Defendant was sentenced to two years in jail (the execution of which was suspended for two years) and two years of probation.  As a condition of probation, defendant also had to serve fifteen (15) days in the Douglas County Jail.  Said felony conviction is final at this time, and was also final as of the time that defendant committed the Federal criminal offenses charged in the above-captioned action in this Court.

Attached hereto and incorporated herein by reference as Exhibit "1" are true and correct copies of relevant pleadings from defendant's prior conviction in Criminal No. 74-619.

The conviction referenced in this Amended Special Information is the same which was previously alleged in that "Special Information as to Prior Drug Conviction of Defendant Pursuant to Title 21, United States Code, Section 851", previously filed herein on July 19, 2002.  The intent in filing the instant Amended Special Information is to further

specifically describe this same conviction so as to reduce confusion.

It should also be noted that on account of defendant's guilty plea entered in the above-referenced conviction, defendant's other, then pending criminal cases in Circuit Court, Douglas County, Criminal No. 74-620 and 74-560 were dismissed. See attached Exhibit "1" at 4.

DATED:  Honolulu, Hawaii, July 7, 2006.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Michael K. Kawahara
                                  MICHAEL K. KAWAHARA
                                  Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by First Class Mail:

Mr. Jack F. Schweigert                      July 7, 2006
Attorney at Law
550 Halekauwila St., Room 309
Honolulu, HI 96813

    Attorney for Defendant
    Lenora Jean Aitchison

                                           /s/ Rowena N. Kang