74- 619   STATE OF OREGON         vs.    LORI NAIL

CLOSED

NO. 74- 619

**CIRCUIT COURT**
DOUGLAS COUNTY, OREGON

STATE OF OREGON

Plaintiff

VS.

LORI NAIL

Defendant

Suit }
Action} For CRIMINAL

DOYLE L. SCHIFFMAN
Attorney for Plaintiff

Donald Kelley
Attorney for Defendant

PAPERS FILED

1  April 26, 1974 - Indictment
2  May 7 - Order on Arraign. & Order to Continue
3  May 16 - Attorney Retained & Motion Entrapment
4  May 16 - Order on Plea & Set for Trial
5  May 16 - Orders
6  May 30 - motion
7  Oct. 16 - Order Change of Plea & Pre-Sentence
8  Dec. 2 - Order for Sentencing
9  Dec. 17 - Order on Sentence (continue)
10 Dec. 31 - Order on Sentence
11 Dec. 31 - Amended Order on Sentence
1974
12 Jan 9 - Motion to Destroy Evidence
13 Jan 9 - Order to Destroy Evidence
14
15
16
17

EXHIBIT ___1___
Page 1 of 9 Pages

CLOSED

## REGISTER AND CIRCUIT COURT DOCKET
DOUGLAS COUNTY OREGON

NO. OF CASE  ʃ 74- 619

| ATTORNEYS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DOYLE L. SCHIFFMAN | | | | | | STATE OF OREGON | | Plaintiff | |
| For Plaintiff | | | | | | | | | |
| Donald Kelly | | | | | | | | | |
| For Defendant | | | | | | vs. | | | |
| Date | Fees Paid | Amt. | Date | Fees Paid | Amt. | LORI NAIL | | | ACTION –CRIMINAL |
| | | | | | | | Defendant | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Month | Day | Year | | PAPERS FILED | Journal | Page | JUDGE'S MEMORANDA |
|---|---|---|---|---|---|---|---|
| April | 26 | 74 | 1 | Indictment | | | |
| May | 7 | " | 2 | Order on Assign. & Continue | | | |
| " | 15 | " | 3 | Notice of Intent to Rely on Entrapment | | | |
| " | 16 | " | 4 | Order on Plea & Set for Trial | | | |
| " | 16 | " | 5 | Order | | | |
| " | 30 | " | 6 | motions | | | |
| Oct. | 16 | " | 7 | Order Change of Plea & Pre Sentence | | | |
| Dec. | 2 | " | 8 | Order pre Sentence | | | |
| Dec | 17 | " | 9 | Order on Sentence & Continue | | | |
| " | 31 | " | 10 | Order on Sentence | | | |
| " | 31 | " | 11 | Amended Order on Sentence | | | |
| Jan | 9 | 1976 | 12 | Motion to Destroy Evidence | | | |
| " | 9 | " | 13 | Order to Destroy Evidence | | | |
| | | | 14 | | | | |
| | | | 15 | | | | |
| | | | 16 | | | | |
| | | | 17 | | | | |

EXHIBIT ___1___

Page _2_ of _9_ Pages

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF DOUGLAS

FILED
AT 2:30 P.M.

THE STATE OF OREGON,

Plaintiff,

vs.

LORI NAIL,

Defendant.

No. 74-619

INDICTMENT

Sec. ORS 167.207

LORI NAIL

is accused by the Grand Jury for the County of Douglas, State of Oregon, by this Indictment of the crime of

COUNT I:   CRIMINAL ACTIVITY IN DRUGS - FURNISHING
COUNT II:  CRIMINAL ACTIVITY IN DRUGS

committed as follows

## COUNT I

The said   LORI NAIL   on or about

the 15th   day of   March   A.D. 19 74 , in the said County of Douglas and State of Oregon,

then and there being,   did knowingly and unlawfully furnish to another a dangerous

drug, to-wit:  hashish, contrary to the statutes in such cases made and

provided, and against the peace and dignity of the State of Oregon.

## COUNT II

And as part of the same act and transaction set out in Count I

herein, the said LORI Nail on or about the 15th day of March, 1974, in the

said County of Douglas and State of Oregon, then and there being, did

knowingly and unlawfully possess a dangerous drug, to-wit:  hashish,

contrary to the Statutes in such cases made and provided, and against the peace and dignity of the State of Oregon.

Dated at Roseburg, Douglas County, Oregon this 26th day of   April   A.D. 19 74.

Witnesses examined before the Grand Jury.

Gus Markovich
Richard Stein
Larry Bland
Ralph Green

District Attorney.

— A TRUE BILL

Foreman of the Grand Jury.

EXHIBIT 1
Page 3 of 9 Pages

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR DOUGLAS COUNTY

THE STATE OF OREGON, )
                     )
         Plaintiff,  )
                     )    Case No. 74-619  7.
         vs.         )
                     )    ORDER ON CHANGE OF PLEA
LORI HAIL,           )    and ORDER FOR PRE-SENTENCE
         Defendant.  )    INVESTIGATION REPORT
                     )    ORDER TO DISMISS Case No. 74-620
                          and Case No. 74-360

FILED
AT ____ O'CLOCK ___ M
OCT 16 1974
3. D. WILLENBECK, COUNTY CLERK
_Bella B. Tutts_

This cause coming on before the Honorable Charles S. Woodrich, Circuit Judge; the State of Oregon appearing by and through Brian Barnes, Deputy District Attorney; the defendant appearing in person and being represented by Donald Kelley, her attorney;

The defendant, LORI HAIL, having heretofore on May 15, 1974, entered a plea of NOT GUILTY to the crime of "COUNT II: CRIMINAL ACTIVITY IN DRUGS," now desires to withdraw her plea of NOT GUILTY and substitute therefore a plea of GUILTY to the crime of "COUNT II: CRIMINAL ACTIVITY IN DRUGS," which plea it is ORDERED be received and entered of record;

Upon being apprised of her right to wait two days before being sentenced, the defendant requested such;

It is hereby ORDERED by the Court that imposition of sentence be deferred until the Court has had the benefit of a long form pre-sentence investigation report; that the Oregon State Corrections Division, Parole and Probation Department be contacted and such report requested; pending such time the defendant is released on her own recognizance;

Whereupon the Deputy District Attorney made oral motion to dismiss COUNT I in Case No. 74-619; to dismiss Case No. 74-620 and Case No. 74-360; Said motion is hereby granted and it is ORDERED that COUNT I in Case No. 74-159 and Cases No. 74-620 and 74-360 be and hereby is dismissed.

Stenographic notes of this proceeding were made by the official court reporter, Bill Montgomery.

Dated this 16th day of October, 1974.

_____
CIRCUIT JUDGE

EXHIBIT _____1_____

Page _4_ of _9_ Pages

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR DOUGLAS COUNTY

THE STATE OF OREGON,

            Plaintiff,

    vs.

LORI NAIL,

            Defendant.

**ORDER FOR SENTENCING**

Case No. 74-619

§.

FILED

AT _12:12_ ᵒ°ᶜ ᵒᶜ _P_ M

DEC ·· 1974

_C. D._ MYLLENBECK, COUNTY CLERK

_Carol A. Petty_

DEPUTY CLERK

TO:    DONALD S. KELLEY
        Luoma, Kelley & Wolke
        Attorneys at Law
        P. O. Box 937
        Roseburg, Oregon   97470

        THIS MATTER came on for hearing before The Honorable
Charles S. Woodrich, Circuit Judge, on the _16th_ day of
_October_ , 19 _74_ , at which time the
defendant entered a plea of guilty to

the crime of    CRIMINAL ACTIVITY IN DRUGS (COUNT II)
and the Court ordered that a pre-sentence investigation be made
upon the defendant; and

        IT APPEARS that the pre-sentence investigation has now been
completed and the report has now been received by the Court;

        NOW, THEREFORE, IT IS ORDERED that the sentencing in the
above case be, and the same hereby is, SET for the _16th_ day of
_December_ , 19 _74_ , at _9:00_ _A_. M.

        DATED this _2__ day of _December_ , 19 _74_ .

                               _____
                                  Circuit Judge

Submitted by:

DOYLE L. SCHIFFMAN
District Attorney
Courthouse
Roseburg, Oregon   97470
672-3311, Ext. 331

Page-1-ORDER FOR SENTENCING

EXHIBIT ___1___

Page _5_ of _9_ Pages

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR DOUGLAS COUNTY

THE STATE OF OREGON, )
                     )
            Plaintiff )          Case No. 74-619          AT 8:30      A M
                     )                                    DEC     4
    vs.              )          ORDER ON SENTENCE
                     )                                    D. LYLE AGER, COUNTY CLERK
LORI MAIL,           )               9.
                     )                                    DEPUTY CLERK
            Defendant )

        This cause coming on before the Honorable Charles S. Woodrich, Circuit
Judge; the State of Oregon appearing by and through Brian Barnes, Deputy District
Attorney; the defendant appearing in person and being represented by Donald S.
Kelley, her attorney;

        The defendant, LORI MAIL, having been duly convicted of the crime of
"CRIMINAL ACTIVITY IN DRUGS," upon a plea of GUILTY on October 16, 1974, and
sentence having been deferred pending receipt of a pre-sentence investigation
report; such report having now been received and considered by the Court; and
this being the time set for imposition of sentence; the defendant, upon being
asked if she had anything to say why sentence should not now be imposed upon
her, answered showing no good or sufficient cause;

        Testimony was then adduced on behalf of the defendant by James
Gregory, Maynard Hammers, L. B. Hicks, Tim Sullivan, Clarence Berg and by
the defendant, Lori Mail.

        Whereupon the Deputy District Attorney made oral motion to have
sentencing continued to a later date, said motion is hereby granted and it
is ORDERED that Sentencing be continued to a later date;

        Stenographic notes of this proceeding were made by the official
court reporter, Bill Montgomery.

        Dated this 16th day of December, 1974.


                                    _____
                                            CIRCUIT JUDGE


EXHIBIT ___1___
Page _6_ of _9_ Pages

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR DOUGLAS COUNTY

THE STATE OF OREGON,                    )
                                        )
                    Plaintiff           )
                                        )       Case No. 74-619
            vs.                         )
                                        )       ORDER ON SENTENCE
LORI NAIL,                              )
                                        )       ro·
                    Defendant           )

FILED
AT 3:20 O'CLOCK P M
DEC 31 1974
G. D. MYLLENBECK
COURT CLERK
DEPUTY CLERK

This cause coming on before the Honorable Charles S. Woodrich, Circuit Judge; the State of Oregon appearing by and through Brian Barnes, Deputy District Attorney; the defendant appearing in person and being represented by Donald S. Kelley, her attorney;

The defendant, LORI NAIL, having been duly convicted of the crime of "CRIMINAL ACTIVITY IN DRUGS," upon a plea of GUILTY on October 16, 1974, and sentence having been continued to this date; the defendant, upon being asked if she had anything to say why sentence should not now be imposed upon her, answered showing no good or sufficient cause;

Testimony was then adduced on behalf of the Plaintiff, by Richard T. Stein, and on behalf of the defendant by Lori Nail.

It is hereby CONSIDERED, ORDERED and ADJUDGED that LORI NAIL is GUILTY of the crime of "CRIMINAL ACTIVITY IN DRUGS," and it is the judgment of the Court that she be confined in the OREGON STATE CORRECTIONS DIVISION for a period of TWO (2) YEARS; that execution of sentence be suspended for a period of TWO (2) YEARS and that she remain in the legal custody and control of the OREGON STATE CORRECTIONS DIVISION, PAROLE AND PROBATION DEPARTMENT, subject to the following conditions of probation:

1. That she serve FIFTEEN (15) DAYS in the Douglas County Jail.

2. Submit her person, place of residence, vehicle, to search and seizure at any time of the day or night, with or without a search warrant, whenever requested to do so by the Probation Officer or any law enforcement officer.

3. Refrain from possession or use of any nonprescribed drugs or narcotics; and refrain from associating with users or possessors of drugs or narcotics.

4. Abide by standard terms and conditions of probation.

Stenographic notes of this proceeding were made by the official court reporter, Bill Montgomery.

Dated this 31st day of December, 1974.

_____
CIRCUIT JUDGE

EXHIBIT ____1____
Page 1 of 1 Pages

```
1        IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR DOUGLAS COUNTY

2    THE STATE OF OREGON,                )
                                         )
3                       Plaintiff,       )        No. 74-619
                                         )        amended
4            vs.                         )        ORDER ON SENTENCE
                                         )
5    LORI NAIL,                          )
                                         )
6                       Defendant.       )
                                         )
7    _____)      AT ____ O'CLOCK __ M

8            This cause coming on before the
     Honorable Charles S. Woodrich, Circuit Judge;     DEC 31 1974
9    the State of Oregon appearing by and through
     Brian Barnes, Deputy District Attorney; the    O. D. MUHLENBECK
10   defendant appearing in person and being
     represented by Donald S. Kelley, her attorney;
11
             The defendant, Lori Nail, having heretofore presented
12   evidence in mitigation of sentence and the State of Oregon having
     produced the testimony of Officer Richard T. Stein in aggravation
13   of sentence; now, therefore

14           IT IS HEREBY CONSIDERED, ORDERED and ADJUDGED that Lori
     Nail is guilty of the crime of criminal activity in drugs, Count II,
15   and it is the judgment of the Court that she be confined to the
     Oregon State Penitentiary for a term of two years: execution of
16   sentence be suspended and that she be admitted to probation for a
     period of two years and remain in the legal custody and control
17   of the Oregon State Corrections Division, Parole and Probation
     Department, subject to the following conditions of probation:
18
             1. Refrain from use of any non prescribed prescription
19   drugs or narcotics and refrain from associating with users or
     possessors of drugs or narcotics.
20
             2. Abide by standard terms and conditions of probation.
21
             3. That the defendant subject herself, her person,
22   vehicle and residence to search and waive her constitutional
     rights against search and seizure at the request of her super-
23   vising officer.

24           4. That the defendant serve fifteen (15) days in the
     Douglas County Jail. Said term to commence at 9:30 o'clock a.m.
25   December 31, 1974, and continue to 6:00 o'clock p.m. Thursday,
     January 2, 1975; that the remainder of said term be served on
26
```

Page  1 - ORDER ON SENTENCE                LUOMA, KELLEY, WOODRUFF & WOLKE
                                              SUITE 200 PROFESSIONAL CENTER
                                                 POST OFFICE BOX 987
                                               Roseburg, Oregon 97470
                                              TELEPHONE (503) 672-5644

EXHIBIT ____1____

Page __8__ of __9__ Pages



1   weekends commencing the weekend of January 11 and 12, and each
    weekend thereafter, with the defendant reporting to the jail at
2   7:00 o'clock p.m. Friday, January 10, 1975, and to be released
    Sunday, January 12, 1975, at 7:00 o'clock p.m., and on the same
3   periods of each weekend thereafter until said sentence is served.

4           Dated this 31st day of December, 1974.

5

6

7                                          Circuit Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page  2 - ORDER ON SENTENCE              LUOMA, KELLEY, WOODRUFF & WOLKE
                                          SUITE 500 PROFESSIONAL CENTER
                                          POST OFFICE BOX 957
                                          ROSEBURG, OREGON 97470
                                          TELEPHONE (503) 672-5644

EXHIBIT ____1____
Page 9 of 9 Pages