# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR02-00307DAE

CASE NAME:        USA v. Lenora Jean Aitchison

ATTYS FOR PLA:    Michael Kawahara

ATTYS FOR DEFT:   Jack Schweigert

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 7/20/2006 | TIME: | 2:31-2:57:08pm |

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, not in custody.

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Counts 1 and 2 of the Indictment entered by the Defendant.  R&R signed, with 10 days to object with a recommendation to approve Defendant's Reservation of Her Right to Enter Conditional Pleas of Guilty to the Indictment Returned July 11, 2002 and to Appeal the District Court's Adverse Determination of Her Pretrial Suppression Motion.  Pre-Sentence report ordered from USPO.

SENTENCING as to Counts 1 and 2 of the Indictment set for 12/4/06 at 2:15 p.m. before Judge Ezra.

Defendant's current conditions of release to continue.

Submitted by: Shari Afuso, Courtroom Manager