```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,   )   CR NO. 02-00307 DAE
                            )
              Plaintiff,    )   REPORT AND RECOMMENDATION
    vs.                     )   CONCERNING PLEA OF GUILTY
                            )
LENORA JEAN AITCHISON,      )
                            )
              Defendant.    )
_____)
```

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed.R.Crim.P., and has entered a plea of guilty to Counts 1 and 2 of the Indictment. After examining the defendant under oath, I determined that the defendant is fully competent and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, further that

GUILTY.R&R-PA

the Defendant's Reservation of Her Right to Enter Conditional Pleas of Guilty be approved and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED: Honolulu, Hawaii, July 20, 2006.




Kevin S.C. Chang
United States Magistrate Judge

**NOTICE**

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).**

CRIMINAL NO. 02-00307 DAE; USA vs. LENORA JEAN AITCHISON; REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY