ORIGINAL

EDWARD H. KUBO, JR.      2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA      1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 0 2006

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-0307DAE |
| | ) | |
| Plaintiff, | ) | CONSENT TO RULE 11 PLEA IN |
| | ) | A FELONY CASE BEFORE UNITED |
| vs. | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| LENORA JEAN AITCHISON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE**

LENORA JEAN AITCHISON, defendant herein, has been advised by her attorney and by the United States Magistrate Judge of her right to enter her pleas in this case before a United States District Judge. Defendant hereby declares her intention to enter pleas of guilty in the above case, and defendant requests and consents to the Magistrate Judge conducting the proceedings required by Rule 11, Fed.R.Crim.P., incident to the making of such pleas. Defendant understands that if the United States Magistrate Judge recommends that the pleas of guilty be

accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Fed.R.Crim.P.  Defendant further understands that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the pleas of guilty are accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED: July 20, 2006, at Honolulu, Hawaii.

LENORA JEAN AITCHISON
Defendant

JACK SCHWEIGERT
Attorney for Defendant

APPROVED:

MICHAEL K. KAWAHARA
Assistant U.S. Attorney