EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA          1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,       )<br>                            )<br>     vs.                    )<br>                            )<br> LENORA JEAN AITCHISON,     )<br>                            )<br>          Defendant.        )<br>_____) | CRIMINAL NO. 02-0307DAE<br><br>PROFFER OF EVIDENCE RELEVANT<br>TO SENTENCING; DECLARATION OF<br>MARSHALL KANEHAILUA; EXHIBITS<br>"1a" & "1b" |

## PROFFER OF EVIDENCE
## RELEVANT TO SENTENCING

The United States of America hereby tenders the appended Declaration of Marshall Kanehailua and Exhibits "1a" and "1b" as additional evidence relevant to the sentencing of defendant herein.

DATED: Honolulu, Hawaii, October 13, 2006.

                              EDWARD H. KUBO, JR.
                              United States Attorney

                              By /s/ Michael K. Kawahara
                              _____
                                 MICHAEL K. KAWAHARA
                                 Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| Mr. Jack F. Schweigert<br>Attorney at Law<br>550 Halekauwila St., Room 309<br>Honolulu, HI 96813 | October 13, 2006 |

Served by hand-delivery:

| | |
|---|---|
| Probation Officer<br>300 Ala Moana Blvd.<br>Box 50111, Rm. C-126<br>Honolulu, HI  96850 | October 13, 2006 |


/s/ Rowena N. Kang