

EXHIBIT 1a
Page 1 of 10 Pages

# January 2002

**DECEMBER 2001**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

**FEBRUARY 2002**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 |   |   |

## Weekly entries

**Tuesday 1** — New Year's Day. Watered outdoor. Fixed Sink. Weed Wacked

**Wednesday 2** — Fixed doors. Weed wacked and Chain sawed

**Thursday 3** — Weed wacked and Chain sawed. Fert. inside. Talked w/ JP ~6:30 Sealed out (7 rows later in back)

**Friday 4** — Put out 16 to different Hosts. Off old Fert

**Saturday 5**

**Sunday 6**

**Monday 7**

**Tuesday 8**

**Wednesday 9** — Transpl 4" to 1 gal 9 sds from 12/15 and put out (46) Shs. Put lights on 22 hrs. Sealed all mouse cracks

**Thursday 10** — Desiced plts inside were worse than outside Sprayed all Sprayed w/ dial lights & pirethrins all on Sealed all outside box plts as the bugs were killing them. new Fert: Tropical 6, T.B. left on all day

**Friday 11** — Call for answer Fert all inside plants

**Saturday 12** — Har 29 planted 1st Koi Sds up by screens. Transpl 4" to 1 gal GA Kept inside. Sorted through. Fert all indoor plts followed all from 12/15

Sealed 100 Sds

**Sunday 13** ☽ — First Bloom on all on flr. 2 most clip 1/31

**Monday 14** — Cleaned 100 mouse planted 100 sds

**Tuesday 15**

**Wednesday 16**

**Thursday 17** — Got 15 Blue Heart 4" to 2 gal

**Friday 18** — Fert all inside Transpl several 4" sdl pots Thunder Storm rain 5" over night

**Saturday 19** — 31/10 sds up from 1/13 White Kitten came back. 1 hr 36 Berries. Transpl 4" to 2 gal left inside

**Sunday 20** — hi 10's 9 all yesterday's Gaviota 60 rain more sun

**Monday 21** ☾

**Tuesday 22**

**Wednesday 23** — Cloned 75 from reg. population. Benjamin Franklin's Birthday

**Thursday 24** — Cloned 50 of Blu HH. Transpl 25 special sds planted putout 37

**Friday 25** — E.P. Took out 34 2 gal to row A. Cloned 120 into toothwood cubes

**Saturday 26** — Took out 37 Smalls to perimeter. In afternoon took out another 34 2 gal. 8 to perimeter, 16 to r 4

**Sunday 27** — Transpl 4" to 1 gal for seedlings from 1/13 could do 18/hr cleaned all water out of troughs. Cat came back pm killed 3 rats

**Monday 28** — Fert all yesterday. Built spot for cat in morning

**Tuesday 29**

**Wednesday 30**

**Thursday 31**

Total 50

Transpl (30) 4" to 2 gal inside

Martin Luther King Jr.'s Birthday (observed)

Moon phases:
☾ 5th Last Quarter
● 13th New Moon
☽ 21st First Quarter
○ 28th Full Old Moon

EXHIBIT 1a
Page 2 of 10 Pages

# February 2002

**January 2002** / **March 2002** (mini-calendars)

**Friday 1** — Planted 15 Bananas. Took 3½ hours. Filled up rows 4 and 1.

**Saturday 2** — Planted 24 ginger plants in back. Filled up another 2 rows. Took 62 hrs total. First field 16-16-16-16 grows in for 1 bag.

**Sunday 3** — 47. Took out (16) to R3. Transplanted 28. 4" tall outside mostly. 4' tall [illegible] to 1 gal square w/ nutrient. Seeds died clipped 5.

**Monday 4** — Foliar fed inside.

**Tuesday 5** — Fixed Screen by nailing to [illegible]. Also sprayed 1/4 of clones from footpath, 1 gal 9 lbs, [illegible], took out from 1 gal to 2 gal sd & put in row 3. (30) from 12/5

**Friday 8** — Foliar fed. Visual screen got ripped from strong winds.

**Saturday 9** — Fixed Screen by Transplanting to trees. 1,2,3,4 A,B, Y.C perimeter. 1 gal to 2 gal sd and put in R2. (from 12/15 sd)

**Sunday 10** — 46. Took out (50) 1 gal (12.5 sq) to get them to sex. Transplanted 1/4, 1/23 & 1/24 as they look like they're rooted. Took out (30) from 12/5 1 gal sd to sex, from 1/13 and 1/13. Total 40

**Monday 11** — 

**Tuesday 12** — 111 — Foliar fed in [illegible]. *(Lincoln's B-day)*

**Wednesday 13** — Ill — Green harvest. Cloned (135 BH) 27 sds.

**Thursday 14** — ill

**Friday 15** — 11 Installed first roof screen. (1 out of 5)

**Saturday 16** — Bloom to outside 6:40 to 8:20. Foliar fed inside. Installed 3 more screens.

**Sunday 17** — 45. Fert all inside. 1 gal HK perimeter. Took out (60) 1 gal sd from 1/13 to sex. Finished roof screens and door flap.

**Monday 18** — Fert all indoor 10.

**Tuesday 19** — 111 (☽ cloned) 117 general population. *Ash Wednesday* [20]

**Wednesday 20** — ☽

**Thursday 21** —

**Friday 22** — Sexed all 8 mauves left w/ more perimeter. ☽ 8

**Saturday 23** — 111 Took out another ½ (12) 1 gal sd 4 ill to R1. Cloned 41's. Took 8 to R.C. 4 to 2 gal inside.

**Sunday 24** — Cut slide in lil Ken screen (observed). 44. Took out (60) 1 gal sd from 1/13. Sex. Finished roof screens and door flap.

**Monday 25** — Brought in 14 sd ♀ from 12/25. 7 JFG, 4 BJ's, 2 Apollo, 1 Bob. Trimmed.

**Tuesday 26** —

**Wednesday 27** — ☉ Took out 19 sd. 3/4 gal sd pots from 1/23. Brought in 3 1 gal sd ♀ from 12/25. 1 BB, 2 Herm.

**Thursday 28** —

**Sunday 3** (March?) — Took out (16) to R3. [box at bottom] 5 Total 48.

**Monday 4** (March?) — 3 inoutside 1 gal from 1/25: 8 Suzy, 2 BJ's, 1 Apollo, 1 Tub 3, 1375, 1 Bob. Transplanted. 74 4" to 2 gal inside. (48 were 1 ft from [illegible] - 4 clones)

Moon phases: 4th Last Quarter, 12th New Moon, 20th First Quarter, 27th Full Snow Moon

EXHIBIT 10 — Page 3 of 10 Pages

*The Old Farmer's Almanac — 2002 Gardening Calendar — www.almanac.com*

# March 2002

|  | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | | | | | | **1** Picked up new JR for Bloom BAV GC inside. Brought Bloom to outside 202 (8 buckets) Formed up and poured cement ring for start of water catchment tank | **2** |
| | **3** Fert inside. Worked on water tank | **4** Har 7 Finished water tank | **5** ☽ | **6** Extended gutter and plumbed in new water pump. Pumped water from new catchment tank to Tank on hill 20 mins to fill ½ way | **7** exs, 1, 5, 3, -24, -5 Start Total 202 +110, +52 | **8** Check RA 1, W4, 4FB, 2BF, 1W2, 2#7, 1st, 15al 5d to form mother filts | **9** Fatar Fed inside 6av Check refugee germinator Bloom outside 18 to Mar Pulled 11 transpl outside 8 buds from ortissed Brought inside 2#7. 1 JFS od Took out 24, 8→16→RA, JFS 8→T1, 20-R6, 51, R7 |
| | **10** Took out 36 2gl to 20 R8 8 R9, 8 R10 Fol R2, JFS on pedinhers − green also B1 FB 125 2 und to see to be methor Reamed all inside, Plt and fert, all w/tan net Loam up 3 widths of chicken wire on screen next planter Total | **11** Har 9 Harvest 51 Trans 24 4" to 2gal Took out 18 1sd 5d & put outside and pt outside Took out (14) 2 gal RE | **12** Town Meeting Day (Vt.) | **13** ● | **14** III Cell 16 Bit (Q34 Mother (new)) Har transp to BH 4" → 2gal | **15** III Har 26 RA + R4 Trimmed 10 | **16** III 4voz→2 Bloom outside Transpl all onts 1gal to 2gal Took out 24, 8→16→RA 8→T1 |
| | **17** Took out 8 First all inside to T1 out of field pts Took out 20 has 5 Total 110 | **18** ¼ Total 120 | **19** ' | **20** | **21** ☽ | **22** Har 45 from AB, 24 Built Platform for overflow for gome bed | **23** III 40oz→2 Planted 25 HK seeds (6 buckets) Clipped Callee out 106 6" ptz and bought downstairs to make foam |
| | **24** St. Patrick's Day AM 43 class E1 8+T5E1 | **25** Took out 24 2gal 201911 RC 8-R8, 12-T2 Har 51 | **26** ¹ | **27** Vernal Equinox ¹ | **28** ⚪ | **29** Har 3 | **30** Planted Foliar inside 31g Took out 20 Har 1 |
| | **31** Stewards Day (Md.) Total 190 weekend | | | | | | |
| | Har 10 49 + 9 2 gal Transp1 44 Easter | | | | | | |
| | | | | | | | |

# April 2002

Start Total — 256

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| MARCH 2002 S M T W T F S / 1 2 / 3 4 5 6 7 8 9 / 10 11 12 13 14 15 16 / 17 18 19 20 21 22 23 / 24 25 26 27 28 29 30 / 31 | **1** Har 16 / Took out ⑨ 1⑧ 1⑨ / Transpl 5 gal(4" 2 gal) / inside. Redid all / clones to back room / All Fools' Day / Weekend Total 53 | **2** | **3** Comm. at / MT. VIEW CAFATE / 6:00 PM / meeting | **4** ☽ | **5** Check R-1 (first of new MT) / Took out ⑤ 2 gal / to R-3 | **6** Check R-1 8 of / ⑥ Took out 2 gal / Took out ⑯ 1 to T-C / bother bees R1... / Bloom to T1, T2, T4, T8 / TC (4 buckets) plus / perimeter |
| 38 **7** Check RD / Bloom to R1, R11 / and RA to RE / (7 buckets) / (5 buckets) / Pleated all inside / lost 5 (moldy) / Transpl 37 4" to 2 gal | **8** | 65 **9** | **10** Har 25-9 17 RI / 2 RB / 6 RC / = $255.2 / ← 107 pl / @ 4/19 3/1c | **11** | **12** ● ⑳ 2 gal R-1 / ⑬ 2 gal T-C | **13** ⑯ 2 gal to T-C / Transplt ⑯ 4"to / 2 gal inside (sorrel bugs / put drip edge on / close trough / Fert. inside / Thomas Jefferson's Birthday |
| 8 **14** possible for 3 / Clones to all outside / Total as of today / Start all inside (5 buckets) / 420 | **15** Har 16 4" / Checked every plant / Transpl ⑤ 2 gal from St / Patriot's Day (Maine, Mass.) / Weekend Total 52 | 84 **16** ¹ | **17** | **18** | **19** ⑲ took out ⑳ 2 gal / to T-D Har / R-6 1 Bat b... | **20** Check R5, R6, R7 / ⑳ took out ⑯ TD / < 4 TB / 7 buckets / Blooms to front / perim / Transpl 48 4" to 2 gal / also switched 48 2 gal / from 4/13 from up to down / spaces at bugs, soap despise |
| 38 **21** Check R2 RA R10 / Bloom to T1, 2 / A,B,C,D / Plants for 1805 plts / San Jacinto Day (Tex.) | **22** Took out ⑲ / mother plants to perim. cases / clipped all dead leaves off / clones and retransp / in new Har 26 / Weekend Total 53 | 63 **23** ⑫ Cloned 10⁰ | **24** ¹ | **25** cloned 25 / set up tarp / tent | **26** ② took out / ⑳ 2 gal / to R-5 | **27** Check RA T-1 / ⑦ Took out ⑭ 2 gal / to R-6 / Took out ⑫ 2 gal Mothers / to Prim LA side / Har 19 / Trimmed 5 Lic |
| 35 **28** out T2 / Took out ⑨ 2 gal Mothers / to Perim rear Side / Trimmed / Transpl 68 4" to 2 gal inside | 62 **29** Transpl 36 / 4" to 1 1/2 gal / Mothers and put out / Har 12 / Weekend Total 81 / + 36 1 1/2 gal = 2 gal | 62 **30** out T2 | Birthday of Robert B. Thomas, founder / of The Old Farmer's Almanac | ☾  4th  Last Quarter / ● 12th  New Moon / ☽ 20th  First Quarter / ○ 26th  Full Pink Moon | National Arbor Day | MAY 2002 S M T W T F S / 1 2 3 4 / 5 6 7 8 9 10 11 / 12 13 14 15 16 17 18 / 19 20 21 22 23 24 25 / 26 27 28 29 30 31 |

The Old Farmer's Almanac   ∞   2002 Gardening Calendar

# May 2002

After Har on 5/4  337 + Perim 116 = 441
10¢

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| APRIL 2002 S M T W T F S / 1 2 3 4 5 6 / 7 8 9 10 11 12 13 / 14 15 16 17 18 19 20 / 21 22 23 24 25 26 27 / 28 29 30 | ☾ 4th Last Quarter / ● 12th New Moon / ☽ 19th First Quarter / ○ 26th Full Flower Moon | | 1 May Day | 2 | 3 Took out ㊳ 2 gal RD — 3½ gal + RS HAR 1 | 4 (Took out ⑫) more 2 gal to RE Har 104 hung 6¢ all mold out after pulling |
| 3¢ cuttings / 5¢ start R4, R2, RD / RC, T2 / Bloom to all / used New Molasses EM / about 12 Buckets added 3 in / HAR 28 more | 6 Took off large bi leaves in field all inside with EM / Clones planted from Fri 9/3 cuttings 25 / planted to seeds n/w/tubs as they bud/flowered in... / Weekend Total 48 | 7 10 $1,390 | 8 | 9 | 10 Took out ㉔ 2 gal to RC Hor 12 perim small Rusty All inside look sick bug eaten + fungus + light green was this from EM? | 11 check TA Tookout ㊴ 2 gal to RB Har 34 large RS – 2 T1 – 4 RS – RE RS – 4 T1 – 4 Transpl. 66 4" to 2 gal inside (clipped) Trimmed |
| Took out med and hung 37 more after quick dip | | | | | | |
| 12 33 cut TA, T6 / ● Transpl / ⑭ 24 4" to 2 gal w/ Foliar fed all in w/ added 3 in1 / Cloned 10 BH from 5/10 Transplant 4" to 1 gal sds | 13 11 HAR 12 bp Har 8 small per Cloned 125 Planted 25 sds | 14 10 $2,470 | 15 | 16 11 | 17 Took out ㉔ 2 gal to 16in RA – 8 + R2 / OUT 11 chk R3 | 18 chk perim, R4, R1, R2, R7 Tookout ㉕ – 1 broc 2 gal / ~ 8 R2 ~ 16 R7 Closed 12 / Lonely 6:20am – 5 am – 1 HAR 48 / Transpl 48 4" to 2 gal |
| 19 1 D Foliar fed inside? / Plants look weak / Transpl 23 4" to 1 gal sds and tookout to hillside / Tookout ⑫ Armadeant / need already have leaves R9 | 20 11 Har 5 plus severe small Bloom to all out 5 1/2 buckets drained water from clones and took off bad leaves trim mid sprayed for bugs | 21 11 $1600 S9 | 22 11 Har 23 Green Harvest 1½ hrs | 23 v | 24 11 Took out ㊵ 2 gal 16 R3 ~16 R7 8 R5 / Started using Sulfate of potash 6 cans ½ carpet ok R1 | 25 Tookout ⑧ +R8 Har 7 – 5 RC – 2 RJ Armed Forces Day |
| 26 Grow to inside / Bloom to outside / All COFFEE got Neem Transpl 12 4" GK b1 gal outside / Har 23 | 27 Har 29 | 28 1d $1,720 S8 | 29 | 30 | 31 quik chk R3 c4 T-D Closed 6 | Bloom to T B T C T D, R S T Transpl 52 4" to 2 gal Transpl 2, L V and + HK 08 to 2 gal out 4, A I I from seeds |

JUNE 2002
S M T W T F S
               1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

www.almanac.com

The Old Farmer's Almanac        2002 Gardening Calendar

EXHIBIT 1a / Page 6 of 10 Pages

# June 2002

|  | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | | | | | | | 1 chk T-C |
| | 2 cloudy/rain Took out 24 T-1/2/crn watering outside Transpl 25 4"→2gal cloned 4 Grow Petito insulated for bugs insult 24 on original | 3 | 4 | 5 | 6 | 7 chk RS | 8 chk RB and Petim Log |
| | 9 Took out 24 Har 36 Transpl 24 4"→2gal cloned 15 Grow to large Indoor pits Sprayed for bugs again | 10° Har 36 16→R18→R5 | 11' CHK RS RB RD 4 2ωω 1662 ch RB RD chk RC for 6/23 | | 14 chk RD | 15 chk RE |
| | 16 Took out 24 Har 65+3=68 Transpl 25 4"→2gal Sprayed for bugs again | 17 Took out 24 ToPalm 11 f28 41gal to 2gal Bunker Hill Day (Suffolk Co. Mass) | 18 King Kamehameha | | 21 Flag Day chk RA, R8, R9 | 22 chk RB |
| | 23 to RE RD | 24° | 25 | | 28 Summer Solstice chk RA, R8, R9 | 29 chk R4 |
| | 30 | | 27 Grow to inside Transpl 24 | | | |

# July 2002

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| JUNE 2002 S M T W T F S / 1 / 2 3 4 5 6 7 8 / 9 10 11 12 13 14 15 / 16 17 18 19 20 21 22 / 23 24 25 26 27 28 29 / 30 | 1 Canada Day — 53 | 2 ☾ | 3 | 4 Independence Day / 11th | 5 chk R3, R7 & 8 / First of / Sulfate of Potash | 6 chk R8, R11 / 2002 |
| 25 / 7 | 8 — 52 | 9 | 10 ● | 11th (circled) | 12 | 13 |
| 24 / 14 chk I - Lewis / First of 24/W/E | 15 — 51 | 16 | 17th ☽ | 18 11 | 19 11 | 20 |
| 23 / 21 chk R1, R5(2) | 22 11 — 50 | 23 11 | 24 ○ | 25 | 26 | 27 |
| 22 / 28 chk T2 | 29 — 49 | 30 | 31 Pioneer Day (Utah) | AUGUST 2002 S M T W T F S / 1 2 3 / 4 5 6 7 8 9 10 / 11 12 13 14 15 16 17 / 18 19 20 21 22 23 24 / 25 26 27 28 29 30 31 | ☾ 2nd Last Quarter / ● 10th New Moon / ☽ 17th First Quarter / ○ 24th Full Buck Moon | |

*The Old Farmer's Almanac — 2002 Gardening Calendar — www.almanac.com*

EXHIBIT 1a
Page 8 of 10 Pages

# August 2002

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | ☾ 1st Last Quarter<br>● 8th New Moon<br>☽ 15th First Quarter<br>○ 22nd Full Sturgeon Moon<br>☾ 30th Last Quarter | | 1 ☾ | 2 | 3 |
| 4 CHE RD 21 | 5 48 | 6 | 7 | 8 ● | 9 | 10 |
| 11 20 | 12 | 13 47 | 14 | 15 ☽ | 16 | 17 Bennington Battle Day (Vt.) |
| 18 19 | 19 Victory Day (R.I.) | 20 46 | 21 | 22 ○ | 23 | 24 |
| 25 18 | 26 National Aviation Day | 27 45 | 28 | 29 | 30 ☾ | 31 |
| | Women's Equality Day | | | | | |

July 2002
S M T W T F S
    1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

September 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

The Old Farmer's Almanac    2002 Gardening Calendar    www.almanac.com

# September 2002

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 1 | 2 Labor Day | 3 | 4 | 5 | 6 ● New Moon | 7 Rosh Hashanah |
| 8 | 9 | 10 The 2003 Old Farmer's Almanac goes on sale today. | 11 | 12 | 13 ☽ First Quarter | 14 |
| 15 Grandparents Day | 16 | 17 Citizenship Day | 18 | 19 | 20 | 21 ○ Full Harvest Moon |
| 22 | 23 Yom Kippur | 24 | 25 | 26 | 27 | 28 |
| 29 ☾ Last Quarter | 30 Autumnal Equinox | | | | | |

**Moon phases:**
- 6th ● New Moon
- 13th ☽ First Quarter
- 21st ○ Full Harvest Moon
- 29th ☾ Last Quarter

AUGUST 2002
S M T W T F S
        1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

OCTOBER 2002
S M T W T F S
       1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

The Old Farmer's Almanac    2002 Gardening Calendar    www.almanac.com

EXHIBIT 1a
Page 10 of 10 Pages