```
                          2002 CALENDAR
                AGGREGATE TOTALS OF PLANTS HARVESTED

                    Plants            Monthly           Running
Month:              Harvested:        Total:            Aggregate:

January 2002:

        1/12:        29
        1/19:        24
        1/26:        37

            January Total:             90                90

February 2002:

        2/05:         5
        2/18:        10
        2/22:         8

            February Total:            23               113

March 2002:

        3/04:         7
        3/11:         9
        3/15:        26
        3/22:        45
        3/25:        51
        3/29:         3

            March total:              141               254

April 2002:

        4/01:        16
        4/10:        25
        4/14:         3
        4/15:        16
        4/19:         1
        4/22:        56
        4/27:        19
        4/29:        12

            April total:              148               402
```

EXHIBIT ___1b___
Page _1_ of _2_ Pages

```
                        Plants              Monthly             Running
Month:                  Harvested:          Total:              Aggregate:

        January - April 2002 Running Aggregate:    402

May 2002:

        5/03:        1
        5/04:      104
        5/05:       28
        5/10:       12
        5/11:       24
        5/13:       12
        5/13:        8
        5/18:       48
        5/20:        5
        5/22:       23
        5/25:        7
        5/26:       23
        5/27:       29

            May total:                  324                 726

June 2006:

        6/02:       62
        6/09:       36
        6/16:       68
        6/23:       76

            June total:                 242                 968
```

2

EXHIBIT 1b
Page 2 of 2 Pages