ORIGINAL

JACK SCHWEIGERT, ESQ.
550 Halekauwila, Room 309
Honolulu, HI 96813
Phone: 533-7491
Attorney for Defendant Lenora Jean Aitchison

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 2 2 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-0307 DAE |
| Plaintiff, | ) |
| vs. | ) STIPULATION AMENDING |
| | ) BAIL CONDITIONS; ORDER |
| LENORA JEAN AITCHISON, | ) |
| Defendant. | ) |

LODGED
DEC 21 2006
8:16 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

## STIPULATION AMENDING BAIL CONDITIONS

IT IS AGREED TO BY AND BETWEEN THE PARTIES through their respective counsel, that Bail Condition ¶ 7h be amended to read:

Travel is restricted to Hawaii except for 12/22/06 - 1/10/07 when Defendant can travel to her mother's home in Rosberg, Oregon, 836 Pilger Street, ph. 1-541-673-7914, to visit her brother who has terminal cancer.

DATED: Honolulu, Hawaii; _____, 2006

_____
Jack Schweigert, Esq.
Attorney for Defendant

_____
Michael K. Kawahara, Esq.
Attorney for U.S.A.

APPROVED BY:

_____
Julie Wall
U.S. Pretrial Services Officer

APPROVED AND SO ORDERED:

_____
Judge of the above-entitled Court