**ORIGINAL**

con fer BHK

JACK SCHWEIGERT, ESQ.
550 Halekauwila, Room 309
Honolulu, HI 96813
Phone: 533-7491
Attorney for Defendant Lenora Jean Aitchison

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 6 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 02-0307 DAE |
|---|---|
| | ) |
| | ) NOTICE ON HEARING OF MOTION; |
| | ) DEFENSE COUNSEL'S MOTION TO |
| | ) WITHDRAW AND APPOINT PUBLIC |
| vs. | ) DEFENDER'S OFFICE AS |
| | ) SUBSTITUTE COUNSEL AND |
| | ) CONTINUE SENTENCING; |
| | ) DECLARATION OF JACK |
| LENORA JEAN AITCHISON, | ) SCHWEIGERT, ESQ.; |
| | ) CERTIFICATE OF SERVICE |
| Defendant. | ) |
| | ) SENTENCING: |
| | ) Date: Feb. 12, 2007 |
| | ) Time: 3:00 p.m. |
| | ) Judge: David A. Ezra |
| | ) |
| | ) MOTION HEARING: |
| | ) Date: _____ |
| | ) Time: _____ |
| | ) Judge: _____ |
| | ) |

NOTICE OF MOTION

TO:  Michael K. Kawahara, Esq.
     Assistant U.S. Attorney
     300 Ala Moana Blvd., Room 6100
     Honolulu, HI 96813
         Attorney for U.S.A.

Malia Eversole
Senior U.S. Probation Officer
300 Ala Moana Blvd., Room 7-222
Honolulu, Hawaii 96850

NOTICE IS HEREBY GIVEN that the attached motion shall come on for hearing before the Honorable _____, Judge of the above-entitled Court, in his or her courtroom at 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, 2007, at _____ \_\_\_\_., or as soon thereafter as may be heard.

DATED: Honolulu, Hawaii; January 16, 2007.

_____
Jack Schweigert, Esq.
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-0307 DAE |
| | ) |
| Plaintiff, | ) DEFENSE COUNSEL'S MOTION TO |
| | ) WITHDRAW AND APPOINT PUBLIC |
| vs. | ) DEFENDER'S OFFICE AS |
| | ) SUBSTITUTE COUNSEL AND |
| LENORA JEAN AITCHISON, | ) CONTINUE SENTENCING |
| | ) |
| Defendant. | ) |

<u>DEFENSE COUNSEL'S MOTION TO WITHDRAW AND APPOINT PUBLIC DEFENDER'S OFFICE AS SUBSTITUTE COUNSEL AND CONTINUE SENTENCING</u>

COMES NOW Defendant Leona Jean Aitchison (hereinafter "Ms.Aitchison"), by and through counsel, and moves this Honorable Court to allow defense counsel to withdraw and appoint the Public Defender's Office as substitute counsel. By this motion, Defendant also requests the Court to continue the sentencing so as to enable the Public Defender's Office to prepare for sentencing.

This motion is made pursuant to Rules 44 & 45, Federal Rules of Criminal Procedure, Rule 3.7, Rules of Professional Conduct, and CrimLR44.1 & CrimLR57.9. This motion is supported by the attached Declaration of Jack

Schweigert, Esq., and the record and file.

    DATED: Honolulu, Hawaii; January 16, 2007

                                            JACK SCHWEIGERT, ESQ.
                                            Attorney for Defendant