IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-0307 DAE |
| Plaintiff, | ) ) ) |
| vs. | ) CERTIFICATE OF SERVICE ) ) |
| LENORA JEAN AITCHISON, | ) ) |
| Defendant. | ) ) |

### CERTIFICATE OF SERVICE

The under-signed hereby certifies that on January 16, 2007 one copy of the attached motion was served on the below individual by United States Mail, First Class postage pre-paid addressed as follows:

    Michael K. Kawahara, Esq.
    Assistant U.S. Attorney
    300 Ala Moana Blvd., Room 6100
    Honolulu, HI 96850
        Attorney for U.S.A.

    Malia Eversole
    Senior U.S. Probation Officer
    300 Ala Moana Blvd., Room C-110
    Honolulu, Hawaii 96850

_____
Person certifying service