# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/25/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 02-00307DAE

CASE NAME:    USA v. Lenora J. Aitchison

ATTYS FOR PLA:    Michael K. Kawahara

ATTYS FOR DEFT:    Jack Schweigert

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:    C6F

DATE:    01/25/2007          TIME:    10:23 - 10:27

---

COURT ACTION:  EP:  [165] Defense Counsel's Motion to Withdraw and Appoint Public Defender's Office as Substitute Counsel and Continue Sentencing - deft present on bail.  Deft sworn to Financial Affidavit. Oral M/Court Appt Atty GRANTED.

Motion GRANTED.  Schweigert to prepare the order.
Federal Public Defender's Office is appointed.
Status Conference Re Continued Sentencing Date is set for 1/30/2007 @ 9:30 a.m. before Magistrate Judge Barry M. Kurren.

Notified Federal Public Defender's Office thru Pamela Byrne.

Submitted by Richlyn W. Young, courtroom manager