# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/30/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR NO. 02-00307DAE

CASE NAME:     United States of America Vs. Lenora Jean Aitchison

ATTYS FOR PLA:  Michael K. Kawahara

ATTYS FOR DEFT: Pamela Byrne for Loretta Faymonville

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6-FTR-9:36:51

DATE:    01/30/2007               TIME:       9:36am-9:37am

COURT ACTION:   EP: Status Conference to reset the Sentencing Date-Defendant's presence Waived. This Sentence is now set for 6/12/2007 @1:30 p.m. before Judge Ezra.

Submitted by Leslie L. Sai, Courtroom Manager