**ORIGINAL**

**LODGED**
FEB 2 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 5 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

JACK SCHWEIGERT, ESQ.
550 Halekauwila, Room 309
Honolulu, HI 96813
Phone: 533-7491
Attorney for Defendant Lenora Jean Aitchison

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-0307 DAE |
| | ) |
| | ) ORDER GRANTING |
| | ) DEFENSE COUNSEL'S MOTION TO |
| | ) WITHDRAW AND APPOINT PUBLIC |
| vs. | ) DEFENDER'S OFFICE AS |
| | ) SUBSTITUTE COUNSEL AND |
| | ) CONTINUE SENTENCING |
| | ) FILED JANUARY 16, 2007 |
| LENORA JEAN AITCHISON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW AND
APPOINT PUBLIC DEFENDER'S OFFICE AS SUBSTITUTE COUNSEL AND
CONTINUE SENTENCING FILED JANUARY 16, 2007</u>

Defense Counsel's Motion to Withdraw and Appoint Public Defender's Office as Substitute Counsel and Continue Sentencing filed January 16, 2007 came on for hearing before the Honorable Barry M. Kurren in his courtroom on January 25, 2007. Michael K. Kawahara, Esq. appeared on behalf of U.S.A.; Jack Schweigert, Esq. appeared on behalf of the Defendant, who was present; and, Pamela J. Bryne, Assistant Federal Public Defender appeared on behalf of the Federal Public Defender's Office. There was no opposition to the motion by either the U.S. Attorney or the Defendant. Further, there was the requisite good cause shown for granting the motion and the

Defendant was found to be qualified for appointment of the Federal Public Defender's Office based on her financial affidavit. NOW THEREFORE,

IT IS HEREBY ORDERED that Defense Counsel's Motion to Withdraw and Appoint Public Defender's Office as Substitute Counsel and Continue Sentencing filed January 16, 2006 be, and the same hereby is, GRANTED. The Federal Public Defender's Office shall henceforth defend Ms. Aitchison at all stages of proceedings in this case, including appeal, if any.

IT IS FURTHER ORDERED that a Status Conference shall now be set for Tuesday, January 30, 2007, the Honorable Barry M. Kurren, presiding, to re-schedule sentencing of this Defendant.

DATED: Honolulu, Hawaii; 2.5.2007

_____
Judge of the above-entitled Court


APPROVED AS TO FORM:

_____
Michael K. Kawahara, Esq.
Assistant U.S. Attorney
Attorney for U.S.A.


_____
Pamela J. Bryne
Assistant Federal Public Defender

---

U.S.A. vs. Lenora Jean Aitchison, CR. NO. 02-0307 DAE; Order Granting Defense Counsel's Motion to Withdraw and Appoint Public Defender's Office as Substitute Counsel and Continue Sentencing