PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE #3947
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:        fpdhi@hotmail.com

Attorney for Defendant
LENORA JEAN AITCHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-0307 DAE |
| | ) | |
| Plaintiff, | ) | MOTION FOR WITHDRAWAL |
| | ) | AND SUBSTITUTION OF |
| vs. | ) | COUNSEL; DECLARATION OF |
| | ) | COUNSEL; CERTIFICATE OF |
| LENORA JEAN AITCHISON, | ) | SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COMES NOW the Office of the Federal Public Defender, and moves this Honorable Court to permit the Office of the Federal Public Defender to withdraw as counsel and for CJA panel counsel to be appointed in this matter.

This Motion is made because Ms. Aitchison previously fired the Office of the Federal Defender as her attorney due to her dissatisfaction with the services provided to her by this office. No staff member of the Federal Defender Office was present in the courtroom when our office was recently reappointed to Ms. Aitchison's case. Therefore, at the time of our appointment, the court was not made aware of our conflict of interest in this case.

Ms. Aitchison is not scheduled to be sentenced until June 12, 2007, so there is sufficient time for a panel attorney to become prepared to represent Ms. Aitchison.

For the above reasons, This Court is respectfully requested to permit the Office of the Federal Defender to withdraw as counsel for Ms. Aitchison and to appoint panel counsel to represent her. Further, it is requested that Ms. Aitchison's presence be waived at the hearing on this Motion because her consent is not needed and because she resides on the Big Island.

DATED: Honolulu, Hawaii, March 20, 2007.

/s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
LENORA JEAN AITCHISON

## CERTIFICATE OF SERVICE

I, CHRISTINA FULLER, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on March 20, 2007:

MICHAEL K. KAWAHARA
Assistant United States Attorney
300 Ala Moana Blvd., Suite 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/ Christina Fuller
CHRISTINA FULLER
Legal Secretary to
LORETTA A. FAYMONVILLE
Attorney for Defendant
LENORA JEAN AITCHISON