IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-0307 DAE |
| | ) |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| | ) |
| vs. | ) |
| | ) |
| LENORA JEAN AITCHISON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **DECLARATION OF COUNSEL**

I, LORETTA A. FAYMONVILLE, hereby declare as follows:

1. I am counsel for defendant, LENORA JEAN AITCHISON, having been appointed pursuant to the Criminal Justice Act.

2. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, March 20, 2007.

/s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
LENORA JEAN AITCHISON