# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/23/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR02-00307DAE

CASE NAME:         USA v. Lenora Jean Aitchison

ATTYS FOR PLA:    Michael Kawahara

ATTYS FOR DEFT:  Loretta Faymonville

INTERPRETER:

|         |                    |           |            |
|---------|--------------------|-----------|------------|
| JUDGE:  | Kevin S. C. Chang  | REPORTER: | FTR C5     |
| DATE:   | 3/23/2007          | TIME:     | 2:15-2:18pm |

COURT ACTION:  EP: Motion for Withdrawal and Substitution of Counsel [172] - defendant present by phone and not in custody.

Motion granted.  Court to appoint CJA counsel.  Ms. Faymonville to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager