PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE #3947
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
LENORA JEAN AITCHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-0307 DAE |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO |
| | ) | WITHDRAW AND |
| vs. | ) | SUBSTITUTION OF COUNSEL |
| | ) | |
| LENORA JEAN AITCHISON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO
WITHDRAW AND SUBSTITUTION OF COUNSEL**

On March 23, 2007, a hearing was held on Defendant's Motion to

Withdraw and Substitution of Counsel.  Michael Kawahara appeared on behalf of

the United States, Loretta A. Faymonville, appeared on behalf of the Office of the

Federal Public Defender and Defendant Lenora Jean Aitchison appeared via telephone. The Court having considered the pleading filed by counsel and the government having no objection to the instant motion,

IT IS HEREBY ORDERED THAT Defendant's Motion for Withdrawal and Substitution of Counsel, be and is hereby granted and Gary Singh is hereby appointed as CJA counsel in the instant matter for all proceedings hereafter.

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawai`i, March 29, 2007.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

APPROVED AS TO FORM ONLY:

/s/ Michael Kawahara
MICHAEL KAWAHARA
Assistant United States Attorney

United States v. Lenora Aitchison, Cr. No. 02-00307 DAE
ORDER GRANTING MOTION TO WITHDRAW
AND SUBSTITUTION OF COUNSEL