FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 2 2007

at __10__ o'clock and __*m*__ min __A__ M
SUE BEITIA, CLERK

**ORIGINAL**

Gary G. Singh, #6543
220 South King Street, Suite 2150
Honolulu, Hawaii 96813
Telephone: (808) 529-0626
E-mail: ggsingh@hawaii.rr.com

Attorney for Defendant
LENORA JEAN AITCHISON

**LODGED**

MAY 0 6 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> LENORA JEAN AITCHISON, </br></br> Defendant. | CR. NO. 02-00307 DEA </br></br> STIPULATION AND ORDER </br> CONTINUING SENTENCING </br></br> OLD DATE: June 12, 2007 </br> NEW DATE: September 24, 2007 </br> TIME: 3:00 p.m. |

## STIPULATION AND ORDER CONTINUING SENTENCING

The Defendant, Leonora Jean Aitchison, through counsel Gary G. Singh, Esq., stipulates with the United States of America, through Assistant U.S. Attorney Michael K. Kawahara, Esq., to continue sentencing in the above-listed matter from June 12, 2007, at 3:00 p.m. to September 24, 2007 at 3:00 p.m.

DATED: May, __22__, 07, at Honolulu, Hawaii.

1

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Michael K. Kawahara
MICHAEL K. KAWAHARA
Assistant U.S. Attorney


/s/ Gary G. Singh
GARY G. SINGH
Attorney for Defendant
Lenora Jean Aitchison


APPROVED AND SO ORDERED:

DATED: _____MAY 2 2 2007_____, at Honolulu, Hawaii.

/s/ David A. Ezra
DAVID A. EZRA
U.S. District Judge
District of Hawaii




UNITED STATES V. LENORA JEAN AITCHISON
CR. NO. 02-00307 DEA
"Stipulation and Order Continuing Sentencing"

2