Gary G. Singh, #6543
220 South King Street, Suite 2150
Honolulu, Hawaii 96813
Telephone: (808) 529-0626
E-mail: ggsingh@hawaii.rr.com

**Attorney for Defendant
LENORA JEAN AITCHISON**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00307 DEA |
| ) | |
| Plaintiff, ) | ADDITIONAL LETTERS OF SUPPORT |
| ) | FOR SENTENCING; EXHIBITS; |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| LENORA JEAN AITCHISON, ) | JUDGE: Honorable David A. Ezra |
| ) | DATE: February 11, 2008 |
| Defendant. ) | TIME: 2:15 p.m. |
| ) | |

**ADDITIONAL LETTERS OF SUPPORT FOR SENTENCING**

The Defendant, Leonora Jean Aitchison, through counsel Gary G. Singh, Esq., submit additional letters of support:

  A. Letter from E.G. Kalahiki, School Bus Manager (Employer);

  B. Letter from Sam and Deborah Corley;

  C. Letter from Mauna Kea Medical Services in regards to current prescription for Heated CPAP Humidifier;

  D. Letter from Bruce A. Hansen, Ph. D, Licensed Psychologist.

1

DATED: February 11, 2008, at Honolulu, Hawaii.

                        Respectfully Submitted:

                        /s/ Gary G. Singh
                        GARY G. SINGH
                        Attorney for Defendant
                        Lenora Jean Aitchison