**Roberts Hawaii**

16-188 Melekahiwa St., Kea'au, Hawaii 96749   Ph: 966-5483, Fax: 966-5091

The Honorable Judge David Ezra
U. S. Federal Court
Honolulu, Hawaii

February 6, 2008

Dear Judge Ezra:

Ms. Lenora J. Aitchison has been a valued employee of ours since January 17, 2006. In her capacity as a school bus driver, she has shown a willingness to learn and succeed in dealing with children of various backgrounds, temperament, abilities and skills.

She is willing to go beyond the expected in servicing her riders, the school staff, her peers and management. Lenora is very dependable and can be counted on to back us up on any last minute school bus needs.

I was disappointed when I heard about the resolution of her case and hope that you would consider delaying her report date in California until the second week in June, 2008. This would allow her to complete the excellent work that she is doing with the children of Pahoa Elementary School for the 2007-2008 school year. This would also assure us that those children will not go through a bus driver change that could disrupt their good behavior and attitude.

If needed, I will be available to furnish more information.

Sincerely,

E. G. Kalahiki
School Bus Manager