# WORLDWIDE EVANGELISTIC ASSOCIATION INC.

"40 YEARS OF MINISTRY PREACHING THE GOSPEL AROUND THE WORLD"



*The President Sam Corley*

Worldwide Evangelistic Association Inc.
242 West Main St. Suite 111
Hendersonville, Tn. 37075
Office 301-540-8443
Sam 615-300-6415    Deborah 615-364-7404



*First Lady Deborah Corley*

To the Honorable Judge David Ezra
Federal Court Honolulu, Hawaii. U.S.A.

Please allow me to introduce myself, my name is Bishop Samuel L. Corley Jr. My wife Deborah L. Corley and I are the founders and President of Worldwide Evangelistic Association Inc. in Hendersonville, Tn. U.S.A. We have helped numerous young people as well as older citizens in need of spiritual and moral guidance.

In your court today stands one young woman in such need, Which also is my niece Lenora J. Aitchison. For 41 years I have served as a Minister in the United States and 12 Countries. I would like to offer our services on behalf of this ministry and Ministers. If it please the court, We offer this alternative.

As we travel across this country in ministry, to people in all walks of life. About 9 months out of each year, And the other 3 months we work repairing our tent and equipment. We could use Lori in the capacity of electrician with her ability and license We could also utilize her ability to drive for us with her CDL license to drive from place to place.

We would appreciate your consideration, It would be a two fold return. She could work for us as long as the court would decide. And we could use her experience to provide our community with help in their walk of life.

Sincerely: Sam and Deborah Corley

" OPEN DOOR INTERNATIONAL" "COVERING THE WORLD WITH THE WORD"