## CERTIFICATE OF SERVICE

I hereby certify that each of the forgoing documents will be duly served on the following person on this date via personal delivery to the following address.

>Michael Kawahara, Esq.
>Assistant U.S. Attorney
>Room 6-100, PJKK Federal Building
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850
>
>Malia Eversole
>Senior U.S. Probation Officer
>300 Ala Moana Blvd.,
>Honolulu, HI. 96850

DATED:   Honolulu, Hawaii, February 11, 2008.

_____
GARY G. SINGH
Attorney for Defendant