# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00307DAE |
| CASE NAME: | USA v. Lenora Jean Aitchison |
| ATTYS FOR PLA: | Michael Kawahara |
| ATTYS FOR DEFT: | Gary Singh |
| USPO: | Malia Eversole |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Ann Matsumoto |
| DATE: | 02/11/2008 | TIME: | 2:15pm-3:15pm |

COURT ACTION:  EP: Sentencing to Counts 1 and 2 of the Indictment as to Defendant Lenora Jean Aitchison.

Defendant Lenora Jean Aitchison present, not in custody.

Joint Exhibit #1-Received.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant Lenora Jean Aitchison.

SENTENCE:

Imprisonment:  48 MONTHS, as to each of Counts 1 and 2, with all such terms to run concurrently.

Supervised Release:  4 YEARS, as to each of Counts 1 and 2, with all such terms to run concurrently.

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase up to one valid drug test per day.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The testing requirement can be stopped if the defendant's tests are negative for illicit drugs and alcohol for the first 2 years of supervised release. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

Special Assessment: $200.00. No fine.

JUDICIAL RECOMMENDATIONS: Women's Prison Camp at Dublin, CA. 500 hour drug treatment program.

Defendant advised of her right to appeal.

Current bail conditions of release to continue with the additional condition of:

1) The school for which the defendant drives a school bus be notified that defendant is a convicted felon.

Mittimus is stayed until 6/23/2008; if defendant is no longer employed by Roberts Hawaii, mittimus date is 5/12/2008.

Defendant to self-surrender @2:00 p.m. on the mittimus date, at the facility designated by the Bureau of Prisons.  The time is the time at the facility.

Submitted by:  Theresa Lam, Courtroom Manager