GARY G. SINGH; #6543
220 South King Street, Suite 2150
Honolulu, HI 96813
Tel: 808-529-0626
Email: ggsingh@hawaii.rr.com

**LODGED** APR 02 2008 2:25pm CLERK, U.S. DISTRICT COURT DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
APR 04 2008
at 3 o'clock and 15 min. P.M.
SUE BEITIA, CLERK

Attorney for Defendant
LENORA JEAN AITCHISON

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-0307 DAE |
| Plaintiff, ) | STIPULATION TO MODIFY CONDITIONS OF SUPERVISION AND NEW DATE FOR SELF SURRENDER; ORDER |
| vs. ) | |
| LENORA JEAN AITCHISON, ) | |
| Defendant. ) | |

**STIPULATION TO MODIFY CONDITIONS OF SUPERVISION AND NEW DATE FOR SELF SURRENDER**

It is hereby stipulated between PreTrial Services, United States Attorney's Office, Assistant United States Attorney Michael Kawahara and Defendant to modify conditions of release. Defendant is allowed to leave State of Hawaii to travel to Oregon where her mother resides on April 3, 2008. Defendant shall reside with her mother, Marva Berg at 836 West Pilger Street, Roseburg, Oregon 97470 until May 8, 2008. Defendant to maintain contact with Pretrial Services during said period via telephone. Defendant will be traveling by automobile with her mother from Oregon to California from May 8, 2008 to May 13, 2008. Current date to surrender at the institution is May 12, 2008. It is hereby stipulated that the new date to

surrender shall be **May 13, 2008 at 2:00 P.M., local time at Women's Prison Camp at Dublin, California.**

All other imposed Conditions stated during sentencing set forth on February 21, 2008 Order remain the same.

DATED: Honolulu, Hawaii, April 1, 2008.

_____
GARY SINGH

Attorney for Defendant
Lenora Jean Aitchison

_____
Julie A. Wall
Pretrial Services Officer

_____
Michael Kawahara
Assistant U. S. Attorney

**APPROVED AND SO ORDERED:**

_____
JUDGE OF THE ABOVE-ENTITLED COURT